ACCEPTED
14-15-00869-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 4:04:23 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00869-CV

In the Courts of Appeals for the
Fourteenth District of Texas at Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 4:04:23 PM
CHRISTOPHER A. PRINE
Clerk

_____

Carlos Torres, Appellant

v.

Department of Family and Protective Services, Appellee

_____

On appeal from the Harris County District Court, 312th Judicial District
Cause No. 2010-45148

_____

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Carlos Torres, Appellant, would show the Court the following:

1.      Counsel has not had sufficient time to prepare the brief on behalf of the Appellant.  There have been  multiple trial docket settings and hearings in the past few weeks that have interfered with counsel's ability to properly assimilate the multiple court reporters' records submitted along with the exhibits.  Counsel does not maintain an appellate practice and is a solo practitioner.

For these reasons, Appellant is requesting an extension of time in which to file his brief.

2.       Counsel would further show the Court that the counsel for Appellee Sandra Hachem was notified of this request for an extension of time and has no objection to the request.

3.      Appellant prays the Court to grant his Motion for Extension of Time to File Brief.

Appellant is requesting the date of January 15, 2016 on which to file the brief.

1

Respectfully submitted,

By: /s/ Mary Kay Green
Mary Kay Green
Texas Bar No. 08365580
P. O. . Box 7744
Houston, Texas  77270-7744
Tel. (713) 582-7510
Fax. (713) 861-0617
mkgreenlaw@gmail.com
Attorney for Carlos Torres

## CERTIFICATE OF SERVICE

I certify that on December 14, 2015, a true and correct copy of Carlos Torres's Motion of Extension of Time to File Brief was served to counsel or agent for Appellee Sandra D. Hachem by email to sandra.hachem@cao.hctx.net and Laura Arteaga by email to laura@lauraarteaga.com.

/s/ Mary Kay Green
Attorney for Carlos Torres